IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GILBERTO GUERRA-MAYORGA,
   a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 25, 2012, in the State and District of Colorado, GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," the defendant, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant provided a false name and date of birth, among other false information, on the application.

All in violation of Title 18, United States Code, Section 1542.

### COUNT 2

On or about November 19, 2018, in the State and District of Colorado, GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," the defendant, did willfully and knowingly make a false statement in an application for a passport with

1

intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant provided a false name and date of birth, among other false information, on the application.

All in violation of Title 18, United States Code, Section 1542.

## COUNT 3

On or about January 30, 2012, in the State and District of Colorado, GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," the defendant, did knowingly procure and attempt to procure, contrary to law, the naturalization of any person, and documentary and other evidence of naturalization of citizenship, in that the defendant provided a false name and date of birth, among other false information, on an application for naturalization.

All in violation of Title 18, United States Code, Section 1425(a).

## COUNT 4

On or about April 4, 2012, in the State and District of Colorado, GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," the defendant, an applicant, declarant, petitioner, witness, and otherwise, in any naturalization and citizenship proceeding, did knowingly personate another and appear falsely in the name of a deceased person and in an assumed or fictitious name, in that the defendant used a false name at a naturalization interview and naturalization ceremony in order to be admitted as a citizen of the United States.

All in violation of Title 18, United States Code, Section 1424.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>s/Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Andrea.Surratt@usdoj.gov
Attorney for Government

3