| | |
|---|---|
| DEFENDANT: | GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," |
| AGE/YOB: | 1971 |
| COMPLAINT FILED? | _____ Yes   \_\_\_x\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER _____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? \_\_ Yes   \_x\_ No<br>If No, a new warrant is required | |
| OFFENSE(S): | Counts One and Two: 18 U.S.C. § 1542 (False Statement in a Passport Application)<br>Count Three: 18 U.S.C. § 1425(a) (Procurement of citizenship or naturalization unlawfully)<br>Count Four: 18 U.S.C. § 1424 (Personation of another in citizenship proceedings) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Counts One, Two, Three:  NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA<br><br>Count Four: NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA |
| AGENT: | Robert Holland<br>Special Agent, U.S. Diplomatic Security Service |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x  five days or less; \_\_\_ over five days

THE GOVERNMENT

\_\_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.