AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," | ) Case No. 20-cr-00248-DDD |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo,",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False statements in application for passport (18 U.S.C. § 1542)
Procure naturalization contrary to law (18 U.S.C. § 1425(a))
Personation of another in a naturalization proceeding (18 U.S.C. § 1424)

Date: 08/06/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |