IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00248-DDD-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

**GILBERTO GUERRA-MAYORGA,**

    Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Brian R. Leedy hereby enters his appearance as CJA counsel for Gilberto Guerra-Mayorga in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5(a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

    Respectfully submitted,

*s/ Brian R. Leedy*
Brian R. Leedy
Ridley McGreevy & Winocur P.C.
303 16th Street, Suite 200
Denver, CO 80202
P: 303-629-9700
F: 303-629-9702
leedy@ridleylaw.com
*Attorney for Gilberto Guerra-Mayorga*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, I electronically filed the foregoing

**NOTICE OF ENTRY OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Jennifer J. Feldman*

2