### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GILBERTO GUERRA-MAYORGA,
     a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

___

### ENTRY OF APPEARANCE OF COUNSEL
___

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel of record on behalf of the named defendant GILBERTO GUERRA-MAYORGA, a/k/a Jesus Santos Rivas-Hidalgo, in the within action.

    Respectfully submitted this 31st day of August, 2020.

                                       /s/ Luke W. McConnell
                                       ***Luke W. McConnell, #40414***
                                       Mulligan Breit McConnell, LLC
                                       475 W. 12th Ave, Suite D
                                       Denver, CO 80204
                                       (303) 295-1500
                                       luke@mulliganbreit.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 31st day of August, 2020, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF COUNSEL** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

                                                /s/ Luke W. McConnell
                                                Luke W. McConnell