# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:20-cr-00248-DDD-1

UNITED STATES OF AMERICA

    Plaintiff,

v.

**GILBERTO GUERRA-MAYORGA,**

    Defendant.

---

## MOTION TO WITHDRAW AS CJA COUNSEL

---

Undersigned CJA Counsel, Brian R. Leedy, hereby moves this court to withdraw as CJA Counsel for Gilberto Guerra-Mayorga in the above-captioned case.

Counsel was contacted on August 28, 2020 to represent Mr. Guerra-Mayorga. Counsel accepted the request and entered his CJA appearance on August 31, 2020. (Doc. 8).

Mr. Guerra-Mayorga has retained private counsel in this matter and attorney Luke McConnell entered his appearance on August 31, 2020. (Doc. 9).

Therefore, CJA Counsel Brian Leedy is not needed for representation as counsel for Mr. Guerra-Mayorga and requests on order to withdraw in the above-captioned case.

    Respectfully submitted,

    *s/ Brian R. Leedy*

                Brian R. Leedy
                Ridley McGreevy & Winocur P.C.
                303 16th Street, Suite 200
                Denver, CO 80202
                P:  303-629-9700
                F:  303-629-9702
                leedy@ridleylaw.com
                ***Attorney for Gilberto Guerra-Mayorga***

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2020, I electronically filed the foregoing

**NOTICE OF ENTRY OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                *s/ Jennifer J. Feldman*

2