AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 AUG 31 PM 2:39
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>GILBERTO GUERRA-MAYORGA,<br>a/k/a "Jesus Santos Rivas-Hidalgo,"<br><br>*Defendant* | )<br>)<br>) Case No. 20-cr-00248-DDD<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False statements in application for passport (18 U.S.C. § 1542)
Procure naturalization contrary to law (18 U.S.C. § 1425(a))
Personation of another in a naturalization proceeding (18 U.S.C. § 1424)


Date:   08/06/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/6/20, and the person was arrested on *(date)* 8/27/20
at *(city and state)* Highlands Ranch, CO.

Date:  8/27/20

Robert Holland, Special Agent
*Arresting officer's signature*
*Printed name and title*