AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2020 AUG 31 PM 2: 39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo," | ) ) ) ) | Case No. 20-cr-00248-DDD |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   GILBERTO GUERRA-MAYORGA, a/k/a "Jesus Santos Rivas-Hidalgo,"  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

False statements in application for passport (18 U.S.C. § 1542)
Procure naturalization contrary to law (18 U.S.C. § 1425(a))
Personation of another in a naturalization proceeding (18 U.S.C. § 1424)

Date:   08/06/2020

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/6/20 , and the person was arrested on *(date)* 8/27/20
at *(city and state)* Highlands Ranch, CO .

Date:   8/27/20

*Arresting officer's signature*

Robert Holland, Special Agent
*Printed name and title*