20-cr-00248-DDD

Detention Hearing

DEF. EXHIBIT A



# ALCALDIA MUNICIPAL DE TEOTEPEQUE
Departamento de La Libertad, El Salvador, C.A.
Tel 2347-2100

El Infrascrito Jefe del Registro del Estado Familiar

CERTIFICA: que a página CIENTO DIEZ del tomo UNO del Libro de Partidas de Nacimiento Número SETENTA Y CINCO que esta Oficina llevó en el año de mil novecientos setenta y cinco, se encuentra asentada la que literalmente dice: Partida número doscientos cincuenta y siete.- JESÚS SANTOS RIVAS HIDALGO, varón, nació a las tres horas del día cuatro del corriente mes, en el Cantón Sihuapilapa de esta jurisdicción, siendo hijo de MERCEDES RIVAS, originaria de Sonsonate, de oficios domésticos, de este domicilio y de nacionalidad Salvadoreña.- Dió estos datos don MIGUEL ANGEL HIDALGO, de cuarenta y siete años de edad, Agricultor en pequeño, originario de Cuisnahuat y de este domicilio, quien manifiesta ser padre del recién nacido y exhibió su Cédula de Identidad número cuatro, trece, doscientos cuarenta y dos, extendida por las Autoridades Municipales de esta Villa y no firma por no saber, pero en su defecto deja la impresión digital del pulgar de la mano derecha.- El infrascrito Alcalde dá fé de conocer al padre informante. Teotepeque, nueve de Julio de mil novecientos setenta y cinco. / R. O. García. / Impresión Digital. / J. L. Vásquez. Srio. / RUBRICADAS . Es conforme con su original con el cual se confrontó y para los efectos de Ley se expide la presente en la Oficina del Registro del Estado Familiar TEOTEPEQUE el día cinco de septiembre de dos mil diecinueve /////.- /////////////////////////////////////////////////////

IDALIA ISABEL PALOMO
Jefe del Registro del Estado Familiar.



José Manuel Castillo Pérez-Gómez
Cónsul de El Salvador

20-cr-00248-DDD   Detention Hearing   DEF. EXHIBIT A



20-cr-00248-DDD   Detention Hearing   DEF. EXHIBIT A

El infrascrito funcionario consular de la República de El Salvador en la ciudad de Aurora, estado de Colorado, en los Estados Unidos de América, **CERTIFICA** que la copia impresa de la partida de nacimiento número **DOSCIENTOS CINCUENTA Y SIETE**, asentada en la página **CIENTO DIEZ**, del tomo UNO del Libro de Partidas de Nacimiento número **SETENTA Y CINCO**, expedida por el Registro del Estado Familiar de la Alcaldía Municipal de Teotepeque el día cinco de septiembre de dos mil diecinueve es **AUTÉNTICA** y corresponde al documento original que pertenece al señor **JESUS SANTOS RIVAS HIDALGO**, quien es de cuarenta y cinco años de edad, salvadoreño y del domicilio de la ciudad de Highlands Ranch, estado de Colorado, en los Estados Unidos de América.

Para los usos de interés del propietario del documento que antecede, se emite la presente certificación en el Consulado de El Salvador con sede en la ciudad de Aurora, estado de Colorado, Estados Unidos de América, el día treinta y uno del mes de agosto del año de dos mil veinte.

El funcionario de la representación consular, no asume responsabilidad alguna por el contenido ni por la eficacia jurídica del documento que antecede, limitándose únicamente a reconocer la autenticidad de los documentos de la persona en referencia.

**Derechos consulares percibidos:** US $ 20.00
**Según recibo de ingreso:** No. 369523
**De fecha:** 31 de agosto de 2020



José Manuel Castillo Pérez-Gabriel
Cónsul de El Salvador



Consulado de El Salvador en Aurora
1450 S Havana St., Suite 110, Aurora, CO. 80012 - Tel: 720-485-5412; Email: consuladoesaurora@gmail.com

20-cr-00248-DDD

Detention Hearing

DEF. EXHIBIT A

