Vanessa Aliaga
746 Northridge Rd
Highlands Ranch, CO 80126

RE: Jesus Rivas

Honorable Judge Mix,

My name is Vanessa Aliaga, I am Jesus Santos Rivas-Hidalgo's wife. I have been with Jesus since November 2000. We have been together for about 20 years, we have 2 kids, Karinessa Noemi Rivas (18yoa) and Damil Santos Rivas (14 yoa). Our daughter just started college this year and our son is currently a sophomore in high school.  Jesus has always been a great husband and a great father. He is the most hardworking man I know. He started his own company in 2012 in the Asbestos Abatement industry in order to provide a better life for us. I currently help him with the administration of his business. Jesus is main provider for our family. We are devastated by everything that is going on. His sister Rosa Rivas-Hidalgo just passed away about 2 weeks this whole situation has been difficult for all of us. I would greatly appreciate your consideration in releasing Jesus on bond.

Sincerely,

Vanessa Aliaga
720-371-7484

Karinessa Rivas

746 Northridge Rd
Highlands Ranch, CO 80126

August 27, 2020

Re: Jesus Rivas

To whom this concerns,

 I am writing on behalf of my father Jesus Rivas. My dad has been a part of my life for 18 years. My dad has always supported and motivated me to become someone better. He's my idol and without him I wouldn't be where I am right now. I graduated high school this year and now a freshman at UCCS. My dream is to become an orthopedic surgeon one day. My dad has always given me words of wisdom, helped with anything financially, and also has always shown me what hard work is. My dad is willing to care and help others at any time. My dad is also loving and humble. Without my dad I don't know where I will be or go. My new chapter of life has just started and I want my dad to be there every step of the way with me. I want to show him who I am capable of becoming and being able to achieve my goals with his advice and support. I am the first one in my family to go to college and show what success looks like in life and I would love to see my dad there. I have always been my dad's little and only princess.

 I would love it if my dad could come back home and help me finish my new chapter in life and continue onto others. He has a good heart and has never harmed anyone. He always puts in his hard work for my family and supports my mom, my brother, I, and other people he loves every single day. My dad is a very big part of my life and there is no one or something that can replace him. I would appreciate it if you could consider my dad free and bring him back home to my brother and I.

If you have any questions or concerns please don't hesitate to reach out to me.

Sincerely,

*Karinessa Rivas*
Karinessa Rivas
720-245-1453

Dear Judge,

My father Jesus Rivas has always been a thoughtful and wonderful man,He has been the only one to be outgoing to be a better person in this world.He had always said to me "help others who are in need even if they are mean or don't like you,Because in the end you could make someone's day".He would always be going out of his way to help his workers or even his family, he would always make sure they have something comfortable to lay on and have something good to eat.He had came to this country to make a better life for his kids (me And my Sister) and also for his wife.He has always put those in need first before himself no matter the cost he would always help those in need.He has always been a great father and a great citizen,Those who see him always see comfort and love.If you were to speak to my father you would realize he would not keep any grudges against you but forgive you and put the past behind and look into the future.He has always given me a dream,If you put your mind to your dream you can achieve it no matter what .Here in colorado he has his business and provides for my family.If you were to ask the workers they would give you a million answers on why they love him so much.But as for me i could write a billion sentences on why he is a great father to Me (Damil Sants Rivas).I ask of you to consider to put him on bond because without my father i am nothing and without his family he is nothing.

Sincerely,

Damil Santos Rivas

Katherine Aliaga

10495 Colby Canyon Drive

Highlands Ranch, CO 80129

August 27, 2020

Re: Mr. Jesus Rivas

To The Honorable Judge Mix,

I am writing on behalf of Mr. Jesus Rivas. Jesus and I have been family for the last twenty years as he is married to my sister. From the time that I have known Jesus he has proven to be a responsible and caring person. Jesus is an honorable and hardworking man who wants nothing more than to provide for his family. Jesus is known for being a dedicated husband and father and his family means everything to him. Even before he had kids of his own he was very close with his nephews and nieces always making sure that they had everything they needed.

I would appreciate your consideration in giving Jesus a bond release so that he can go back to work and to his family. His wife and kids are currently in a state of stress because their husband and dad is not with them.

If I can provide any information or if you have any questions please feel free to reach out to me at your convenience.

Best regards,

*Katherine Aliaga*

Katherine Aliaga

720-251-6581