DEF. EXHIBIT C

Detention Hearing

20-CR-00248-DDD

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 34801644

USCIS Registration No.: A076263639

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

(Complete and true signature of holder)

**Personal description of holder as of date of naturalization:**

Date of birth: **JULY 04, 1975**

Sex: **MALE**

Height: **5** feet **7** inches

Marital status: **MARRIED**

Country of former nationality: **EL SALVADOR**



Be it known that, pursuant to an application filed with the Secretary of Homeland Security

at: **CENTENNIAL, COLORADO**

The Secretary, having found that:

**JESUS SANTOS RIVAS HIDALGO**

residing at: **HIGHLANDS RANCH, COLORADO**

having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

at: **CENTENNIAL, COLORADO** on: **APRIL 04, 2012**

such person is admitted as a citizen of the United States of America.

Alejandro N. Mayorkas, Director
U.S. Citizenship and Immigration Services

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (REV. 08/10)