*[Page contains a rotated/sideways death certificate (Partida de Defunción) from the Registro Nacional de las Personas Naturales, República de El Salvador, No. 00460.]*

**REGISTRO NACIONAL DE LAS PERSONAS NATURALES**
**REGISTRO DEL ESTADO FAMILIAR**
**REPÚBLICA DE EL SALVADOR**
**PARTIDA DE DEFUNCIÓN**

Nº 00460

**DATOS DEL FALLECIDO**

1) REGISTRO DE DEFUNCIONES DEL MUNICIPIO DE: TEOTEPEQUE
   DEPARTAMENTO DE: LA LIBERTAD
   AÑO: DOS MIL CINCO   2) LIBRO NÚMERO: UNO   FOLIO: VEINTIDOS
3) PARTIDA NÚMERO: VEINTIDOS
4) NOMBRE PROPIO DEL FALLECIDO: MIGUEL ANGEL   PRIMER APELLIDO: HIDALGO   SEGUNDO APELLIDO O APELLIDO DE CASADA: ——
   CONOCIDO SOCIALMENTE POR: ——
5) SEXO: MASCULINO   DE: SETENTA Y OCHO AÑOS DE EDAD, PROFESION U OFICIO: AGRICULTOR
6) ESTADO FAMILIAR: CASADO   7) ORIGINARIO/A DE: TEOTEPEQUE MUNICIPIO   CUISNAHUAT DEP'TO., DE SONSONATE DEPARTAMENTO
8) DEL DOMICILIO DE: TEOTEPEQUE MUNICIPIO   LA LIBERTAD DEPARTAMENTO
9) DE NACIONALIDAD: SALVADOREÑA   10) DOCUMENTO DE IDENTIDAD DEL FALLECIDO: DOCUMENTO UNICO DE IDENTIDAD   NÚMERO: CERO UN MILLON NOVECIENTOS NOVENTA MIL CIENTO NOVENTA Y SEIS – DOS   11) FALLECIO EN: CANTON SIHUAPILAPA
   EN EL: TEOTEPEQUE MUNICIPIO   LA LIBERTAD DEPARTAMENTO
12) A LAS: VEINTIUNA HORAS Y SIN MINUTOS, EL DIA: VEINTICUATRO DE: ABRIL MES
    DEL: DOS MIL CINCO AÑO   13) CON/SIN ASISTENCIA MEDICA   14) CAUSA DEL FALLECIMIENTO: INSUFICIENCIA CARDIACA –
    15) NOMBRE DEL PROFESIONAL QUE DETERMINO LA CAUSA: DR. MARIO ERNESTO —
    CARGO: MEDICO FORENSE
    DATOS DE PERSONA DESCONOCIDA:
    16) COLOR DE PIEL: —   17) COLOR DE PELO: —
18) COLOR DE OJOS: —   19) EDAD APROXIMADA: —   20) SEXO: —
21) ESTATURA: — METROS — CENTIMETROS   22) PESO: — KILOGRAMOS
23) SEÑALES ESPECIALES: —

**DATOS FAMILIARES**

24) NOMBRE PROPIO DEL CONYUGE O CONVIVIENTE: MERCEDES   PRIMER APELLIDO: RIVAS   SEGUNDO APELLIDO: HIDALGO
    SOBREVIVIENTE/FALLECIDO: SOBREVIVIENTE
25) NOMBRE PROPIO DE LA MADRE: NAZARIA   PRIMER APELLIDO: RIVAS   SEGUNDO APELLIDO: HIDALGO
    PROFESION U OFICIO: AMA DE CASA   DEL DOMICILIO DE: TEOTEPEQUE MUNICIPIO   SOBREVIVIENTE/FALLECIDO: FALLECIDA
26) NOMBRE PROPIO DEL PADRE: —   PRIMER APELLIDO: —   SEGUNDO APELLIDO: —
    PROFESION U OFICIO: —   DEL DOMICILIO DE: —   SOBREVIVIENTE/FALLECIDO: —

**DATOS DE L INFORMANTE**

27) DIO ESTOS DATOS: ROSA MARIA   NOMBRE PROPIO   RIVAS PRIMER APELLIDO   HIDALGO SEGUNDO APELLIDO
28) QUIEN SE IDENTIFICA POR MEDIO DE: DOCUMENTO UNICO DE IDENTIDAD TIPO DE DOCUMENTO
    NÚMERO: CERO UN MILLON SEISCIENTOS CUARENTA Y NUEVE MIL OCHOCIENTOS CUARENTA Y OCHO — UNO
    29) MANIFESTANDO SER: HIJA
    Y PARA CONSTANCIA FIRMA O POR NO HACERLO, DEJA IMPRESA LA HUELLA DACTILAR DEL
    DE SU MANO DERECHA/IZQUIERDA   30) SE ASIENTA EN VIRTUD DE: CONSTANCIA DE MEDICINA LEGAL IDENTIFICACION DEL HECHO
    DE FECHA: VEINTICINCO DIA   DE: ABRIL MES   DOS MIL CINCO AÑO
31) CON LAS DECLARACIONES DE LOS TESTIGOS DE: — AUTO/CONOCIMIENTO

**DATOS DE LOS TESTIGOS**

32) QUIEN SE IDENTIFICA POR MEDIO DE: —   NOMBRE PROPIO   PRIMER APELLIDO   SEGUNDO APELLIDO
    TIPO DE DOCUMENTO   NÚMERO
33) QUIEN SE IDENTIFICA POR MEDIO DE: —   NOMBRE PROPIO   PRIMER APELLIDO   SEGUNDO APELLIDO
    TIPO DE DOCUMENTO   NÚMERO
34) LUGAR Y FECHA: ALCALDIA MUNICIPAL: TEOTEPEQUE, A VEINTISIETE DE ABRIL DEL AÑO DOS MIL CINCO.
35) INFIRMANTE: *Rosa María S. Hidalgo*   TESTIGO 1
36) *Rosa María S. Hidalgo*   TESTIGO 2
    NOMBRE Y FIRMA DEL REGISTRADOR DEL ESTADO FAMILIAR

[Seal: ALCALDIA MUNICIPAL DE TEOTEPEQUE]

20-cr-00248-DDD   Detention Hearing   DEF. EXHIBIT D

EL INFRASCRITO JEFE DEL REGISTRO DEL ESTADO FAMILIAR CERTIFICA: Que la presente fotocopia es conforme con su original D.L. No. 1872 del 24 de junio de 1955, D.O. 119 Tomo 167 del 28 de junio del mismo año. Asentada en la página 22 del libro de partidas de De 2° _____ del año de 2005.

ALCALDIA MUNICIPAL TEOTEPEQUE, a 5 de Septiembre 2019.

F. _Idalia Palomo_

JEFE DEL REGISTRO DEL ESTADO FAMILIAR
Idalia Isabel Palomo

[Seal: ALCALDIA MUNICIPAL DE TEOTEPEQUE, DEPARTAMENTO DE LA LIBERTAD, REPUBLICA DE EL SALVADOR, C.A.]

**REGISTRO DEL ESTADO FAMILIAR**
**REPÚBLICA DE EL SALVADOR**
**PARTIDA DE DEFUNCIÓN**

Nº 00414

**R/N REGISTRO NACIONAL DE LAS PERSONAS NATURALES**

1) REGISTRO DE DEFUNCIONES DEL MUNICIPIO DE: TEOTEPEQUE   2) LIBRO NÚMERO: UNO   FOLIO: VEINTIDOS
3) PARTIDA NÚMERO: DOS MIL CUATRO
AÑO: DOS MIL CUATRO

**DATOS DEL FALLECIDO**

4) MERCEDES — NOMBRE PROPIO DEL FALLECIDO — RIVAS — PRIMER APELLIDO — DE HIDALGO — SEGUNDO APELLIDO O APELLIDO DE CASADA
CONOCIDO SOCIALMENTE POR: =====
5) SEXO: FEMENINO   DE: SETENTA AÑOS DE EDAD, PROFESIÓN U OFICIO: AMA DE CASA
6) ESTADO FAMILIAR: CASADA   7) ORIGINARIO(A) DE: NAHULINGO, LA LIBERTAD
8) DEL DOMICILIO DE: TEOTEPEQUE, MUNICIPIO, LA LIBERTAD, DEPARTAMENTO
9) DE NACIONALIDAD: SALVADOREÑA
10) DOCUMENTO DE IDENTIDAD DEL FALLECIDO: DOCUMENTO UNICO DE IDENTIDAD NÚMERO: QUINIENTOS CINCUENTA Y DOS- SEIS CIENTOS OCHENTICINCO MIL
12) A LAS: VEINTIDOS HORAS Y ===== MINUTOS, DEL: DOS MIL CUATRO AÑO   SIN ASISTENCIA MÉDICA   13) FALLECIÓ EN: CANTON SIHUAPILAPA
EN EL: TEOTEPEQUE MUNICIPIO, LA LIBERTAD DEPARTAMENTO   14) CAUSA DEL FALLECIMIENTO: Dra. ROSA MARIA ORELLANA PINEDA, CARGO: MEDICO FORENSE
15) NOMBRE DEL PROFESIONAL QUE DETERMINÓ LA CAUSA:
16) COLOR DE PIEL: =====   17) COLOR DE PELO: =====   20) SEXO: =====
18) DATOS DE PERSONA DESCONOCIDA: =====   19) EDAD APROXIMADA: =====
21) ESTATURA: ===== METROS ===== CENTÍMETROS   22) PESO: ===== KILOGRAMOS
23) SEÑALES ESPECIALES: =====

**DATOS FAMILIARES**

24) MIGUEL ANGEL — NOMBRE PROPIO DEL CÓNYUGE O CONVIVIENTE — HIDALGO — PRIMER APELLIDO — MEDRANO — SEGUNDO APELLIDO
25) LUCIA — NOMBRE PROPIO DE LA MADRE — RIVAS — PRIMER APELLIDO — ===== SEGUNDO APELLIDO
PROFESIÓN U OFICIO: AMA DE CASA   DEL DOMICILIO DE: TEOTEPEQUE, LA LIBERTAD
26) QUIRINO — NOMBRE PROPIO DEL PADRE — CARIAS — PRIMER APELLIDO — ===== SEGUNDO APELLIDO
PROFESIÓN U OFICIO: JORNALERO   DEL DOMICILIO DE: TEOTEPEQUE, LA LIBERTAD
SOBREVIVIENTE / FALLECIDO: FALLECIDO
SOBREVIVIENTE / FALLECIDO: FALLECIDA
IDENTIFICACIÓN DEL DEDO: HIJA

**DATOS DE L INFORMANTE**

27) DIO ESTOS DATOS: ROSA MARIA — PRIMER APELLIDO — HIDALGO — SEGUNDO APELLIDO
DEPARTAMENTO: LA LIBERTAD
28) QUIEN SE IDENTIFICA POR MEDIO DE: DOCUMENTO UNICO DE IDENTIDAD NÚMERO: CERO UN MILLON SEIS-CIENTOS CUARENTINUEVE MIL OCHOCIENTOS CUARENTA Y OCHO-UNO
29) MANIFESTANDO SER: HIJA
Y PARA CONSTANCIA FIRMA O POR NO HACERLO, DEJA IMPRESA LA HUELLA DACTILAR DEL: =====
DE SU MANO DERECHA / IZQUIERDA: =====   30) SE ASIENTA EN VIRTUD DE: CONSTANCIA DE MEDICINA LEGAL
DE FECHA: CUATRO DÍA, JUNIO MES, DE DOS MIL CUATRO AÑO

**DATOS DE LOS TESTIGOS**

31) CON LAS DECLARACIONES DE LOS TESTIGOS DE: =====
32) QUIEN SE IDENTIFICA POR MEDIO DE: ===== NOMBRE PROPIO, ===== PRIMER APELLIDO, ===== SEGUNDO APELLIDO
TIPO DE DOCUMENTO: =====   NÚMERO: =====
33) ===== NOMBRE PROPIO   ===== PRIMER APELLIDO   ===== SEGUNDO APELLIDO
QUIEN SE IDENTIFICA POR MEDIO DE: ===== TIPO DE DOCUMENTO   ===== NÚMERO
34) LUGAR Y FECHA: ALCALDIA MUNICIPAL; TEOTEPEQUE, a OCHO DE JUNIO DEL AÑO DOS MIL
35) CUATRO.
36) Rosa Maria Rivas Hidalgo
INFORMANTE   TESTIGO 1

20-cr-00248-DDD   Detention Hearing   DEF. EXHIBIT D

20-cr-00248-DDD    Detention Hearing    DEF. EXHIBIT D

EL INFRASCRITO JEFE DEL REGISTRO DEL ESTADO FAMILIAR CERTIFICA: Que la presente fotocopia es conforme con su original D.L. No. 1872 del 24 de junio de 1955, D.O. 119 Tomo 167 del 28 de junio del mismo año. Asentado en la página 22 del libro de partidas de _____ Def. del año de _____ 2004.

ALCALDIA MUNICIPAL TEOTEPEQUE, a __5__ de Septiembre de 2019.

F. _____
JEFE DEL REGISTRO DEL ESTADO FAMILIAR
Idalia Isabel Palomo