08/28/20 Los Angeles California

Dear Judge,
I Elizabeth Medrano of legal age
I am a cousin of Jesús Rivas. Son of aunt Mercedes Rivas and uncle Miguel Ángel Hidalgo Jesús Rivas was born 07/04/1975 in El Salvador I enjoyed his childhood and I saw him growing up and I can confirm his real name Jesús Rivas

Sincerely, E.M

08/28/20 Los Angeles California

Querido Jues,
Yo Elizabeth Medrano mayor de edad
Soy prima de Jesús Rivas. Hijo de tía Mercedes Rivas y tío Miguel Ángel Hidalgo Jesús Rivas nació 07/04/1975 en El Salvador disfrute su niñez y lo vi crecer y puedo afirmar su verdadero nombre Jesús Rivas

Atentamente, E.M

El Salvador C.A. 30 de Agosto 2020

Honorable Juez
Presente.

Por este medio yo Balmora Grande Obalo de 51 año de edad con documento único de identidad (DUI) 00584214-8 de oficio Pastor evangelico en la iglesia de dios de Justicia hago constar que conocí a Jesus Santos Rivas Hidalgo desde su nacimiento hasta la edad que emigro a Estados udos. Durante ese tiempo doy testimonio que fue un joven respetuoso con los demas hermanos, y muy colaborador en la comunidad. Y por su buen comportamiento sano es apreciado por los de la comunidad.

No teniendo mas es lo que testifico para lo que usted estime conveniente.





Hola Mi Nombre es Yesenia Garcia Soy prima de Jesus Rivas mis tios Miguel Angel Hidalgo y Mercedes Rivas son los padres de Jesus Rivas Cresimos Juntos yo comfirmo que Jesus Rivas nacio 7-04-1975 en el Salvador



# Iglesia Presbiteriana de Valverde
## Presbyterian Church (U.S.A.)

430 S. Tejon st                                                                 Denver, Colorado 80223

August 29, 2020

To Whom It May Concern,

I am the pastor of the "Iglesia Presbiteriana de Valverde," (Valverde Presbyterian Church), and I have known Jesus Rivas-Hidalgo for about 20 years. He is the husband of my niece, Vanessa Aliaga. I performed their wedding and baptized both of their children. They have a daughter, Karinessa Rivas, and a son, Damil Rivas, and the whole family attended my church for approximately 2 years.

Jesus is hardworking, and is a good husband and father. He is also responsible, respectful and has good conduct. I am happy that he is part of my extended family, and that I could serve as his pastor.

If you have any questions, please call me at 720-879-3438 or email me at jbarbaran@q.com. Thank you.

Sincerely,

*Jorge Barbaran*

Jorge Barbaran
Pastor

Hola mi nombre es Margarito Medrano cuellan naci el 2-11-46 en el Salvador soy tio de Jesus Rivas nacio 7-04-75 en el Salvador. mis primos Megel Angel Hidalgo y Mercedes Rivas Son los padres de Jesus Rivas

*Medrado Cuellar*