OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Environmental Connection L.L.C

is a

Limited Liability Company

formed or registered on 02/03/2012 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20121079283 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 08/26/2020 that have been posted, and by documents delivered to this office electronically through 08/28/2020 @ 07:23:53 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 08/28/2020 @ 07:23:53 in accordance with applicable law. This certificate is assigned Confirmation Number 12560711 .



*Jena Griswold*
Secretary of State of the State of Colorado

*******************************************End of Certificate*******************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's Web site is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's Web site, http://www.sos.state.co.us/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our Web site, http://www.sos.state.co.us/ click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

Colorado Secretary of State - Summary                                           8/28/20, 7:2




About Secretary Griswold | Español

**For this Record...**
Filing history and documents
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

### Details

| | | | |
|---|---|---|---|
| Name | Environmental Connection L.L.C | | |
| Status | Good Standing | Formation date | 02/03/2012 |
| ID number | 20121079283 | Form | Limited Liability Company |
| Periodic report month | February | Jurisdiction | Colorado |
| Principal office street address | 3607 W. Rosewalk Cir, Highlands Ranch, CO 80129, United States | | |
| Principal office mailing address | n/a | | |

### Registered Agent

| | |
|---|---|
| Name | Jesus s. Rivas |
| Street address | 3607 W. Rosewalk Cir, Highlands Ranch, CO 80129, United States |
| Mailing address | n/a |

Filing history and documents

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility