IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GILBERTO GUERRA-MAYORGA,
    a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE**

---

Defendant Gilberto Guerra-Mayorga, a/k/a Jesus Santos Rivas-Hidalgo[1], through his counsel Luke McConnell of Mulligan Breit McConnell, LLC, moves this Court for an order pursuant to 18 U.S.C. §3142(c)(3) removing the location monitoring as a condition of his pretrial release. As grounds, the defendant states as follows:

1.    <u>Conferral</u>: Counsel for the defendant has conferred with Assistant United States Attorney Andrea Surratt, who herself has conferred with pretrial officer Carlos Morales, and the undersigned is authorized to state that this motion is unopposed.

---

[1] The defendant's true identity is currently disputed in this case. While the defendant recognizes that the case is captioned with a primary name of "Gilberto Guerra-Mayorga," and it may be necessary to use that name in order to be consistent with the case caption, the defendant asserts that his true name is Jesus Santos Rivas-Hidalgo. Thus, to the extent that the name "Gilberto Guerra-Mayorga" is used, it is only so as not to create unnecessary confusion with the case caption and is not an admission by Mr. Rivas-Hidalgo regarding his true name or any connection to the captioned name.

2. At a detention hearing on September 2, 2020 Magistrate Neureiter ordered that Mr. Rivas-Hidalgo be released pending trial, and a hearing to set the conditions of that release was held on Friday, September 4, 2020.

3. As relevant here, one condition of Mr. Rivas-Hidalgo's release was the installation of a location monitoring device, also known as an "ankle monitor." Due to the approaching weekend and the Monday holiday after the release hearing, Mr. Rivas-Hidalgo was ordered to report to pretrial services on Tuesday, September 8, 2020.

4. Mr. Rivas-Hidalgo did report as ordered, and along with getting the ankle monitor installed, also surrendered his passport. Mr. Rivas-Hidalgo has been fully compliant while on release thus far, and no concerns have been reported from the location monitoring or otherwise.

5. Mr. Rivas-Hidalgo requests that the location monitoring condition of his release be removed for three main reasons. First, to save the cost of wearing the device. Second, Mr. Rivas-Hidalgo has no plans to go anywhere, has surrendered his passport, and must request court approval should he wish to leave Colorado. Mr. Rivas-Hidalgo has no plans for any travel and his family and children are here. Third, Mr. Rivas-Hidalgo runs his own business that involves bidding for work and frequent in-person customer contact; the ankle monitor presents a challenge for him when presenting himself as the professional that he is.

6. Put another way, location monitoring is not necessary to reasonably assure the appearance of Mr. Rivas-Hidalgo or the safety of the community. 18 U.S.C. §3142(c)(1). The Court "may at any time amend the order [of release] to impose

additional or different conditions." 18 U.S.C. §3142(c)(3).

WHEREFORE, the Defendant respectfully requests that the Court issue an Order eliminating the location monitoring condition of his pretrial release.

Respectfully submitted this 20th day of October, 2020.

/s/ Luke W. McConnell
***Luke W. McConnell, #40414***
Mulligan Breit McConnell, LLC
475 W. 12th Ave, Suite D
Denver, CO 80204
(303) 295-1500
luke@mulliganbreit.com

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/Luke W. McConnell

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of October, 2020, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

/s/ Luke W. McConnell
Luke W. McConnell

3