### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. GILBERTO GUERRA-MAYORGA,
    a/k/a Jesus Santos Rivas-Hidalgo,

    Defendant.

_____

### ORDER GRANTING DEFENDANT'S
### UNOPPOSED MOTION TO MODIFY THE CONDITIONS OF RELEASE
_____

    This matter is before the Court on the Unopposed Motion to Modify the Conditions of Release (Dkt. #23), which was referred to me by Judge Daniel D. Domenico (Dkt. #24).

    Good cause having been shown, and in light of the fact that the motion is unopposed, it is HEREBY ORDERED that Defendant's Motion is GRANTED.

    It is further ORDERED that condition 7(q) of the Order Setting Conditions of Release (Dkt. #17) is removed and Defendant is no longer required to submit to location monitoring.

    DATED this 22nd day of October, 2020.

                                                BY THE COURT

                                                _____
                                                N. Reid Neureiter
                                                United States Magistrate Judge