**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GILBERTO GUERRA-MAYORGA,
     a/k/a "Jesus Santos Rivas-Hidalgo,"

      Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE
FILING OF PRE-TRIAL MOTIONS**

---

      Defendant Gilberto Guerra-Mayorga, a/k/a Jesus Santos Rivas-Hidalgo[1], through

his counsel Luke W. McConnell of Mulligan Breit McConnell, LLC, moves this Court for

an Order extending the deadline to file pre-trial motions by 14 days. In support of this

request, the defendant states as follows:

      1.    <u>Conferral</u>: Counsel for the defendant has conferred with Assistant United

States Attorney Andrea Surratt regarding the request made herein and is authorized to

state that the government does not oppose this motion.

---

[1] The defendant's true identity has been a disputed in this case. While the defendant recognizes that the case is captioned with a primary name of "Gilberto Guerra-Mayorga," and it may be necessary to use that name in order to be consistent with the case caption, the defendant asserts that his true name is Jesus Santos Rivas-Hidalgo. Thus, to the extent that the name "Gilberto Guerra-Mayorga" is used, it is only so as not to create unnecessary confusion with the case caption and is not an admission by Mr. Rivas-Hidalgo regarding his true name or any connection to the captioned name.

2.      In summary, the parties are very near to a disposition in this matter, and simply need a few more days in which to finalize the details and achieve the necessary approvals. Counsel for the government is also currently out of town on leave and does not return until after the current motions filing deadline.

3.      At present, the deadline to file pretrial motions is December 15, 2020—next Tuesday. (Doc. 21.) A jury trial is set for February 1, 2021 with a trial preparation conference set for January 28, 2021. *Id.*

4.      At this time the parties expect a disposition and have been working diligently to narrow the issues in the case. As articulated in the defendant's motion for an ends of justice continuance, this case involves challenging issues related to the alleged identities of two people who were not born in the United States. Although some questions remain unanswered, through the work of both sides counsel have been able to successfully narrow the issues in the case. But this process has taken time, which has unfortunately driven us quite close to the current case deadlines.

5.      The request herein is for an extension of 14 days, but the parties hope to arrive at a resolution before that. The 14-day extension takes into account the Christmas holiday which tends to get in the way this time of year. The narrowing of the issues that counsel has been able to achieve also means that only a short time is needed in order to productively finalize a disposition.

6.      Mr. Rivas-Hidalgo remains on bond out of custody and no issues have been reported there. Neither party is prejudiced by this request and indeed both agree that this continuance would productive toward achieving the underlying goal of a

resolution. The parties are cognizant that this request pushes the potential filing of motions closer to the currently scheduled trial date, which has the possibility of causing inconvenience to the court. However, based on the issues in the case, the filing of motions is likely to trigger the automatic tolling of speedy trial and the cancellation of the currently scheduled trial date. 18 U.S.C. §3161(h)(1)(D). There are also the myriad uncertainties caused by the ongoing pandemic as it relates to the jury trial date. A brief extension would also alleviate the need to file and respond to motions only to have a disposition reached shortly thereafter.

7.      The Court is authorized to extend any deadline for good cause. Fed. R. Crim. P. 45(b). A 14-day extension will give counsel the time needed to iron out the likely disposition in this case, and no more time than that will be necessary. Therefore, based upon the factors as articulated in *U.S. v. West*, an extension of 14 days is appropriate to accomplish the goals of this requested continuance. 828 F.2d 1468, 1469-1470 (10th Cir. 1987).

WHEREFORE, the Defendant respectfully request that the Court issue an Order extending the deadline to file pretrial motions by 14 days, to December 29, 2020, with responses due on January 5, 2021.

Respectfully submitted this 11th day of December, 2020.

/s/ Luke W. McConnell
***Luke W. McConnell, #40414***
Mulligan Breit McConnell, LLC
475 W. 12th Ave, Suite D
Denver, CO 80204
(303) 295-1500
luke@mulliganbreit.com

I hereby certify that the foregoing pleading complies with the type-volume

limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/Luke W. McConnell_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of December, 2020, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THE FILING OF PRE-TRIAL MOTIONS** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

/s/ Luke W. McConnell_____
Luke W. McConnell