IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GILBERTO GUERRA-MAYORGA,
      a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR ORDER PERMITTING OUT OF STATE TRAVEL**

---

    Defendant Gilberto Guerra-Mayorga, a/k/a Jesus Santos Rivas-Hidalgo[1], through his counsel Luke McConnell of Mulligan Breit McConnell, LLC, moves this Court for an order pursuant to 18 U.S.C. §3142 and the conditions of the defendant's release allowing Mr. Rivas-Hidalgo to travel out of state as outlined below. As grounds, the defendant states as follows:

    1.    <u>Conferral</u>: Counsel for the defendant has conferred with Assistant United States Attorney Andrea Surratt regarding this travel request and the undersigned is

---

[1] The defendant's true identity is currently disputed in this case. While the defendant recognizes that the case is captioned with a primary name of "Gilberto Guerra-Mayorga," and it may be necessary to use that name in order to be consistent with the case caption, the defendant asserts that his true name is Jesus Santos Rivas-Hidalgo. Thus, to the extent that the name "Gilberto Guerra-Mayorga" is used, it is only so as not to create unnecessary confusion with the case caption and is not an admission by Mr. Rivas-Hidalgo regarding his true name or any connection to the captioned name.

authorized to state that this motion is unopposed.

2.      One condition of Mr. Rivas-Hidalgo's pre-trial release is that he may not travel outside the state of Colorado without prior permission of the Court. (Doc. 17, 7(f)).

3.      Mr. Rivas-Hidalgo respectfully requests permission from the Court to travel to Las Vegas, Nevada to visit family departing by car on January 14, 2021 and returning on January 18, 2021. Mr. Rivas-Hidalgo will be travelling with his wife and two children and will be staying at the Palazzo located at 3325 S Las Vegas Blvd, Las Vegas, NV 89109. The family who they are visiting lives minutes away at 4217 S. Fairfax Circle, Las Vegas, NV 89119.

4.      Mr. Rivas-Hidalgo has been fully compliant while on pre-trial release, has surrendered his passport, and has been stepped down successfully from the ankle monitor that he started with.

WHEREFORE, the Defendant respectfully requests that the Court issue an Order permitting Mr. Rivas-Hidalgo to travel to Nevada to visit family as specified herein.

Respectfully submitted this 7th day of January, 2020.

/s/ Luke W. McConnell
**Luke W. McConnell, #40414**
Mulligan Breit McConnell, LLC
475 W. 12th Ave, Suite D
Denver, CO 80204
(303) 295-1500
luke@mulliganbreit.com

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/Luke W. McConnell

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 7th day of January, 2021, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR ORDER PERMITTING OUT OF STATE TRAVEL** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

                /s/ Luke W. McConnell
                Luke W. McConnell