IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GILBERTO GUERRA-MAYORGA,
       a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

___

**NOTICE OF DISPOSITION**
___

    The Defendant, through his counsel Luke W. McConnell of Mulligan Breit McConnell, LLC, hereby notifies this Honorable Court that a disposition has been reached between the Defendant and the Government in this matter. The parties request permission to contact the Court to schedule a change of plea hearing.

    This motion has the impact on speedy trial articulated in Judge Domenico's Practice Standard V(A).

    Respectfully submitted this 8th day of January, 2020.

                                               /s/ Luke W. McConnell
                                             ***Luke W. McConnell, #40414***
                                             Mulligan Breit McConnell, LLC
                                             475 W. 12th Ave, Suite D
                                             Denver, CO 80204
                                             (303) 295-1500
                                             luke@mulliganbreit.com

    I hereby certify that the foregoing pleading complies with the type-volume

limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/Luke W. McConnell

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of January, 2021, a true and correct copy of the foregoing **NOTICE OF DISPOSITION** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

/s/ Luke W. McConnell<br>Luke W. McConnell