IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS SANTOS RIVAS-HIDALGO,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about November 19, 2018, in the State and District of Colorado, JESUS SANTOS RIVAS-HIDALGO, the defendant, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant provided false information on a United States passport application.

All in violation of Title 18, United States Code, Section 1542.

    JASON R. DUNN
    United States Attorney

By:    *s/ Andrea Surratt*
    Andrea Surratt

**Court Exhibit 3**

1

Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Andrea.Surratt@usdoj.gov
Attorney for Government