| | |
|---|---|
| DEFENDANT: | Jesus Santos Rivas-Hidalgo |
| AGE/YOB: | 1971 |
| COMPLAINT FILED? | _____ Yes   ___x____ No |
| | If Yes, MAGISTRATE CASE NUMBER _____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _x_ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Count One 18 U.S.C. § 1542 (False Statement in a Passport Application) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count One: NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA |
| AGENT: | Robert Holland<br>Special Agent, U.S. Diplomatic Security Service |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.