AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 20-cr-00248-DDD |
| JESUS SANTOS RIVAS HIDALGO | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/22/21

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Luke W. McConnell
*Printed name of defendant's attorney*

_____
*Judge's signature*

Daniel Domenico, D.J.
*Judge's printed name and title*

**COURT EXHIBIT**
**4**