IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-cr-248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GILBERTO GUERRA-MAYORGA,
    a/k/a "Jesus Santos Rivas-Hidalgo,"

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

The United States of America, by and through undersigned Assistant United States Attorney, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant GILBERTO GUERRA-MAYORGA, a/k/a Jesus Santos Rivas-Hidalgo in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On August 6, 2020, the defendant was indicted in four counts.  (Dkt #1).

    2.    On January 28, 2021, the defendant waived indictment and pled guilty to a one-count Information (Dkt #35, 36) pursuant to the terms enumerated in a written plea agreement (Dkt #38).   Sentencing is scheduled for May 14, 2021.  (Dkt #41).

    3.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss all of the counts in Indictment 20-cr-248 filed at Docket #1.

4. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the counts of the Indictment as to defendant GILBERTO GUERRA-MAYORGA, a/k/a Jesus Santos Rivas-Hidalgo at the time of sentencing in the above-captioned matter.

Respectfully submitted this 30th day of April, 2021

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:   s/ Andrea Surratt
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov
       Attorney for the Government