IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00248-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JESUS SANTOS RIVAS-HIDALGO
       Defendant.

___

**DEFENDANT'S UNOPPOSED MOTION TO APPEAR IN PERSON FOR SENTENCING AS SCHEDULED**
___

    Defendant Jesus Santos Rivas-Hidalgo, through his counsel Luke W. McConnell of Mulligan Breit McConnell, LLC, in accordance with District Court General Order 2020-10, 2021-3 and Court's Order from May 6, 2021 (Doc. 48), respectfully requests that he be allowed to appear in person, with three members of his immediate family, for the sentencing scheduled for May 14, 2021 at 1:30 pm.  As grounds, Mr. Rivas-Hidalgo states as follows:

    1.    <u>Conferral</u>: The undersigned has conferred with the government regarding this request and is authorized to state that the government has no objection.

    2.    Pursuant to the Court's Order from May 6, 2021 (Doc. 48), Mr. Rivas-Hidalgo informs the Court that he wishes for his sentencing to go forward as currently scheduled and that the hearing be conducted in person. Further, Mr. Rivas-Hidalgo requests that his wife and his two children also be allowed to attend in person. Although Mr. Rivas-Hidalgo appreciates both the Court's willingness to reschedule and the

1

concerns related to the pandemic, his interest in achieving some finality to this very difficult period of his life is paramount. Further, counsel has appeared in person for various court hearings in other courtrooms in this District and it is possible to conduct these hearings without unnecessary risks related to the pandemic. Mr. Rivas-Hidalgo has no objection to the government appearing remotely via VTC if that is their preference.

Respectfully submitted this 6th day of May, 2021.

/s/ Luke W. McConnell
**Luke W. McConnell, #40414**
Mulligan Breit McConnell, LLC
475 W. 12th Ave, Suite D
Denver, CO 80204
(303) 295-1500
luke@mulliganbreit.com

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

/s/Luke W. McConnell

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 6th day of May, 2021, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO APPEAR IN PERSON FOR SENTENCING AS SCHEDULED** was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification to the following email addresses:

Andrea Lee Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
*Andrea.surratt@usdoj.gov*

Attorney for Government

                /s/ Luke W. McConnell
                Luke W. McConnell