**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO**

| | |
|---|---|
| Courtroom Deputy:  Bernique Abiakam<br>Court Reporter:  Tracy Weir<br>Probation:  Gary Burney | Date: May 14, 2021<br>Interpreter: Cathy Bahr |

**CASE NO.  20-cr-00248-DDD**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea L. Surratt |
|     Plaintiff, | |
| v. | |
| JESUS SANTOS RIVAS-HIDALGO, | Luke W. McConnell |
|     Defendant. | |

**COURTROOM MINUTES**

**1:36 p.m.**     **Court in session**.

Court calls case.   Appearances of counsel.   Melissa Hindman, AUSA, also present.   Defendant present on bond.

Interpreter sworn.

Preliminary remarks by the Court.

**Change of Plea Hearing on January 28, 2021.   Defendant pled guilty to Count One of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Statement by Ms. Surratt.

Statement by Mr. McConnell.

Statement by Defendant.

Comments and rulings by the Court.

**ORDER:** Defendant's Motion For a Variant Sentence (Filed 4/30/21; Doc. No. 44) is GRANTED.

**ORDER:** Defendant is sentenced to a term of imprisonment of time served.

**Mandatory and special conditions are as set forth in the record.**

**ORDER:** Government's Rule 48 Motion To Dismiss Counts (Filed 4/30/21; Doc. No. 43) is GRANTED.

The Defendant is advised of his right to appeal.

**ORDER:** Bond is discharged.

**2:02 p.m.** **Court in recess.**

Total Time: 26 minutes.
Hearing concluded.