PS 40A (Rev. 02/15) Notice Regarding Foreign Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO:** Immigration and Customs Enforcement - DRO
Denver Field Office
12445 East Caley Avenue
Centennial, CO  80111

**FROM:** U.S. District Court
for the District of Colorado
901 19th Street, Room A-105
Denver, CO  80294-3589

**Date:** 02/28/2023
**By** Robert R. Keech

| | |
|---|---|
| Defendant: Gilberto Guerra-Mayorga | Case Number: 20-cr-00248-DDD-01 |
| Date of Birth: 01/01/1975 | Place of Birth: La Libertad, El Salvador |
| SSN: | Alien ("A") Number: |

The above-named defendant surrendered Passport Number  A70392799  (Issuing Country  El Salvador ) to the custody of the U.S. District Court on  09/08/2020 .

**NOTICE OF DISPOSITION**

The above case has been disposed of, and the above order of the court is no longer in effect.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☑ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court

Case No. 1:20-cr-00248-DDD   Document 54   filed 02/28/23   USDC Colorado   pg 2 of 2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To *US Immigration & Customs Enforcement*
Street and Apt. No., or PO Box No. *12445 E. Caley Ave.*
City, State, ZIP+4® *Centennial, CO 80111*

7019 2970 0001 1984 0253

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions