UNITED STATES POSTAL SERVICE
DENVER CO 802

2 MAR 2023 PM 6 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

MAR 08 2023

JEFFREY P. COLWELL
CLERK

United States District Court
901 - 19th Street, Room A105
Denver CO 80294-3589

Re: 20-cr-00248-DDD-01

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Immigration &
Customs Enforcement
Denver Field Office
12445 E. Caley Ave.
Centennial, CO 80111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED BY OFLA DENVER
3/2/2023

3. Service Type
☒ Certified Mail®    ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7019 2970 0001 1984 0253

PS Form 3811, July 2013          Domestic Return Receipt